William Billos, defendant in error, v. Ladislav (alias Walter) Pohl
and Anna Pohl, plaintiffs in error. Gen. No. 37,622.

Opinion filed March 29, 1935. Rehearing denied April 9, 1935.
Robert E. Cantwell, Jr., for plaintiffs in error; Martin W. Grosse,
of counsel. William A. Morrow, for defendant in error; Robert L.
Elliott, Jr., of counsel.
Mr. Justice Sullivan delivered the opinion of the court.

Frank Taglia, administrator of the estate of Fiorentina Taglia,
deceased, appellee, v. Societa Agricola Operaia S. Cristoforo E. Maria
Vergine Incoronata de Ricigliano, appellant. Gen. No. 37,637.

Opinion filed March 29, 1935. Rehear-
ing denied April 9, 1935.
B. M. Steiner, for appellant. Irving Breakstone, for appellee;
Manuel Weisman, of counsel.
Mr. Justice Sullivan delivered the opinion of the court.

Vincent Formusa, appellee, v. The Pennsylvania Railroad Company,
appellant. Gen. No. 37,662.

Opinion filed March 29, 1935.
M. J. Haberkorn, for appellant. Tannenbaum, Polikoff & Schmidt,
for appellee.
Mr. Justice Sullivan delivered the opinion of the court.

Gertrude Fisher, appellee, v. Thomas H. McClure, appellant. Gen.
No. 37,691.

Opinion filed
March 29, 1935.
O'Brien & Hanrahan, for appellant. Root & Miller, for appellee.
Mr. Justice Sullivan delivered the opinion of the court.